IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLIN E. SEALE, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:04cv1062-MEF |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
|    Respondent. | ) |

**ORDER**

On January 30, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

    ORDERED as follows:

    1.    That the Recommendation be and is hereby ADOPTED;

    2.    That the petition for habeas corpus relief be and is hereby DENIED;

    3.    That this case be and is hereby DISMISSED with prejudice; and

    4.    That costs be and are hereby TAXED against the petitioner.

Done this the 28th day of February 2006.

                                                    /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE